**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

November 4, 2015

Hon. Eric S. Stewart
Attorney at Law
615 N. Upper Broadway, Suite 2000
Corpus Christi, TX 78401-0781
* DELIVERED VIA E-MAIL *

Hon. Grady Brian Jolley
Branscomb PC
711 Navarro, Suite 500
San Antonio, TX 78205
* DELIVERED VIA E-MAIL *

Hon. Clinton W. Twaddell III
Branscomb, PC
802 N. Carancahua, Ste. 1900
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-15-00485-CV
Tr.Ct.No. 2014-PR-00189-2A
Style:   David Charles Loeb v. David M. Coover

Enclosed please find a copy of an order issued by this Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.